hanna Reardon against the City of New York. No opinion. Application denied, with $10 costs. Order signed. See, also, 132 N. Y. Supp. 332.

REES, Respondent, v. AKRON GYPSUM CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by Charles F. Rees against the Akron Gypsum Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

REGENSTEIN v. HOWARD et al. (Supreme Court, Appellate Division, Second Department. January 10, 1913.) Action by Minnie Regenstein against Annie Louise Howard and others. No opinion. Judgment affirmed, with costs.

REILLY v. SIMONSON. (Supreme Court, Appellate Division, First Department. January 3, 1913.) Appeal from Trial Term, New York County. Action by Sarah Teresa Reilly against Albert Simonson. Judgment for plaintiff, and defendant appeals. Reversed, and new trial ordered. Theodore H. Lord, of New York City, for appellant. Nathan Marks, of Brooklyn, for respondent.

PER CURIAM. The judgment and order appealed from are reversed, and a new trial ordered, with costs to appellant to abide the event, on the ground that the evidence does not support the finding of the jury that the defendant was guilty of negligence.

SCOTT, J., dissents.

In re REQUA. (Supreme Court, Appellate Division, First Department. January 17, 1913.) In the matter of Mary A. Requa. No opinion. Motion denied, with $10 costs. Settle order on notice. See, also, 138 N. Y. Supp. 1139.

REYNOLDS, Respondent, v. STEWART–KERBAUGH–SHANLEY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by Dwight E. Reynolds against the Stewart-Kerbaugh-Shanley Company. No opinion. Judgment and order affirmed, with costs.

RIANHARD, Respondent, v. M. BOWSKY FUR DRESSING & DYEING CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1913.) Action by Dane E. Rianhard against the M. Bowsky Fur Dressing & Dyeing Company. No opinion. Order affirmed, with $10 costs and disbursements.

RICHE et al., Appellants, v. GREENWICH BANK OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. January 22, 1913.) Action by Crescenzio Richie and others against the Greenwich Bank of the City of New York. No opinion. Motion for reargument (138 N. Y. Supp. 432) granted, and case set down for Tuesday, January 28, 1913.

RIDGEWOOD NAT. BANK v. STALLO et al. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by the Ridgewood National Bank against Edmund K. Stallo and others. Rockwood & Haldane, of New York City, for appellants. W. S. Gordon, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendants to withdraw demurrers and to answer, on payment of costs in this court and in the court below. Order filed.

RILEY, Respondent, v. RANSOM et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Elizabeth B. Riley against Eleanor M. Ransom and others. No opinion. Motion granted, without costs. See, also, 152 App. Div. 939, 137 N. Y. Supp. 1140.

ROCK, Respondent, v. NEW YORK CENT. & H. R. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Action by Andrew J. Rock against the New York Central & Hudson River Railroad Company and another.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG, J., dissents.

In re ROLLINS et al. (Supreme Court, Appellate Division, First Department. January 31, 1913.) In the matter of charges against Phillip A. Rollins and others, attorneys at law. Proceedings in part dismissed, and in part remanded to the Grievance Committee of the Association of the Bar of the City of New York.

PER CURIAM. In this proceeding there was presented to the court the petition of one Joseph C. Robin, detailing certain facts in relation to a claim made by the firm of Gifford, Hobbs & Beard against a banking corporation known as the Northern Bank, then in charge of the Superintendent of Banks; the institution having failed. An examination of all of these papers fails to disclose any fact that would justify any proceedings against any of the respondents named, other than the firm of Gifford, Hobbs & Beard. As to the firm of Rollins & Rollins, we can see no fact alleged which would in the slightest degree reflect upon their professional character, and the proceedings, therefore, as against all of the respondents, except the firm of Gifford, Hobbs & Beard, are dismissed. As to the facts alleged in relation to the firm of Gifford, Hobbs & Beard, we think there is sufficient to justify a further investigation, and, without expressing an opinion that there are any facts stated

that would justify the presentation of charges against them, we think it proper that these papers should be remitted to the Grievance Committee of the Association of the Bar of the City of New York, with the request that they investigate the matters contained in the petition and in the answers of the several respondents, and report their conclusion to this court, and that, if in the opinion of the Association of the Bar facts are developed which would justify charges, they be requested to present them to the court in the form of such formal charges as they may consider proper.

ROTHMAN, Respondent, v. FRIEDMAN, Appellant. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Israel Rothman against Henry Friedman. A. L. Lazarus, of New York City, for appellant. A. Felt, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ROUALET WINE CO., Respondent, v. HIPSH, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Action by the Roualet Wine Company against Frederick Hipsh. No opinion. Order affirmed, with $10 costs and disbursements.

ROWE, Respondent, v. HENDRICKS, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Action by George E. Rowe against David B. Hendricks.

PER CURIAM. Judgment and order reversed, with costs, upon the ground that the plaintiff was guilty of contributory negligence, and complaint dismissed, with costs.

BETTS and LYON, JJ., dissent on the ground that there was a question of fact for the jury.

RUSSELL, Respondent, v. ERNEST-NOETH DAIRY LUNCH CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by Robert Russell against the Ernest-Noeth Dairy Lunch Company, impleaded with others.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that the plaintiff, having settled with the owner of the building, cannot recover against the tenant, a joint tort-feasor.

ST. LAWRENCE COUNTY NAT. BANK OF CANTON, Appellant, v. WATKINS, Respondent, et al. (Supreme Court, Appellate Division, Third Department. January 8, 1913.) Action by the St. Lawrence County National Bank of Canton against Mary F. Watkins, impleaded with Frank H. Watkins and Bertrand H. Snell.

PER CURIAM. Motion denied. See, also, 138 N. Y. Supp. 116.

KELLOGG, J., not sitting.

SALAMANCA VENEER PANEL CO., Respondent, v. LONG FURNITURE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by the Salamanca Veneer Panel Company against the Long Furniture Company. No opinion. Judgment affirmed, with costs.

SALVAGE v. HARTLEY SILK MFG. CO. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Samuel A. Salvage against the Hartley Silk Manufacturing Company. No opinion. Application granted. Settle order on notice. See, also, 138 N. Y. Supp. 800.

SAVARESE, Respondent, v. GORDON, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Andrew Savarese against Mary Gordon. No opinion. Judgment and order unanimously affirmed, with costs.

SCHAPPER, Respondent, v. INGLEE, Appellant. (Supreme Court, Appellate Division, First Department. January 3, 1913.) Action by Charlotte Schapper against Lewis Inglee. F. W. Burr, of New York City, for appellant. M. Monfried, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SCHNEIDER v. GOLDFINGER. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Jacob Schneider against Emil Goldfinger. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 139 N. Y. Supp. 1143.

SCHNEIDER et al. v. GOLDFINGER. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Jacob Schneider and others against Emil Goldfinger. No opinion. Motion granted, and time within which case must be on the calendar extended to February 18, 1913. Settle order on notice. See, also, 139 N. Y. Supp. 1143.

SCHWEID et al., Appellants, v. OOTHOUT, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Action by Bernard A. Schweid and another against Christina Oothout. No opinion. Judgment and order affirmed, with costs. See, also, 146 App. Div. 903, 133 N. Y. Supp. 1143.